UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUAL ORTIZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN BERNARDINO et al., <br><br> Defendants. | Case No. 5:25-cv-00118-SB-SP <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendants' motion to dismiss entered this day, Plaintiffs' claims are dismissed with prejudice.

This is a final judgment.

Date: April 23, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge