JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUAL ORTIZ et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO et al.,<br><br>  Defendants. | Case no. 5:25-CV-00118-SB-SP<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting summary judgment entered this date, it is ordered that Plaintiffs Manual Ortiz and A.O.'s claims for First, Fourth, and Fourteenth Amendment violations under § 1983 against Defendants are dismissed on the merits with prejudice.  The Court declines to continue exercising supplemental jurisdiction over Plaintiffs' remaining state claims.  Accordingly, the state claims are dismissed without prejudice.

    This is a final judgment.

Date: December 19, 2025

                                                Stanley Blumenfeld, Jr.
                                            United States District Judge